I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1/14/2014

DEPUTY CLERK

JS-6 / ENTERED

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CORMIER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>Warden,<br><br>　　　　Respondent. | Case No. CV 12-10699-VAP (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Action,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: January 9 2014

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE